UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

In re                                    (Chapter 7)

JIMMY HAYES JR.,                         Case No. 05-48681 AJG

                    Debtor.

## DISTRIBUTION REPORT

I, Roy Babitt, Trustee herein, certify that claims filed and docketed in this case by the Clerk of the Bankruptcy Court, have consistent with the proposed distribution, been reviewed, and all orders of Court been examined, and state that based on the review I proposed to make the following distribution.

:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $ 26,532.44 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Secured Claims: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7) & (a)(9)-(a)(10)): | $ 300.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| General Unsecured Claims | $ 10,238.52 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 37,070.96 |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $32,244.04 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | CBIZ MHM, LLC<br>1065 Avenue of the Americas<br>Attn: Esther DuVal, CPA<br>New York, NY 10018 | 2,000.00 | 2,000.00 |
| | GEM Auction Corp.<br>499 Van Brunt Street<br>Suites 4A and 4B<br>Brooklyn, NY 11231 | 3,600.00 | 0.00 |
| | Adams & Reeses, LLP<br>(Previously Paid) | 2,111.60 | 0.00 |
| | Arent Fox PLLC<br>1675 Broadway<br>Attn: Heike Vogel, Esq.<br>New York, NY 10019 | 3,508.63 | 3,508.63 |
| | Roy Babitt<br>c/o Windels Marx Lane &<br>Mittendorf, LLP<br>156 West 56th Street<br>New York, NY 10019 | 2,942.45 | 2,942.45 |
| | Arent Fox PLLC<br>1675 Broadway<br>Attn: Heike Vogel, Esq.<br>New York, NY 10019 | 18,081.36 | 18,081.36 |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $300.00 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 16 | PATTI-JEAN HUGHES<br>3415 WEST END AVENUE- 801A<br>NASHVILLE, TN 37203 | 300.00 | 300.00 |

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $77,981.52 | 13.13% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | AMERICAN AIRLINES<br>FEDERAL CREDIT UNION<br>MD 2100 PO BOX 619001<br>DALLAS-FT. WORTH AIRPORT,<br>TX 752619001 | 914.24 | 120.03 |
| 2 | DISCOVER BANK<br>DISCOVER FINANCIAL<br>SERVICES<br>P.O. BOX 3025<br>NEW ALBANY, OH 430543025 | 5,717.46 | 750.67 |
| 3 | DISCOVER BANK<br>DISCOVER FINANCIAL<br>SERVICES<br>P.O. BOX 3025<br>NEW ALBANY, OH 430543025 | 1,302.09 | 170.96 |

| # | Creditor | Amount | |
|---|---|---|---|
| 4 | GE MONEY BANK<br>BELK'S CARD-RECOVERY<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | 75.00 | 9.85 |
| 5 | GE MONEY BANK<br>BANANA REPUBLIC,RECOVERY<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | 1,590.95 | 208.88 |
| 6 | GE MONEY BANK<br>JCPENNY CREDIT SRV, RECOVERY<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 | 364.20 | 47.82 |
| 7 | CHASE BANK USA, N.A.<br>C/O WEINSTEIN & RILEY, P.S.<br>2101 4TH AVENUE, SUITE 900<br>SEATTLE, WA 98121 | 6,022.54 | 790.72 |
| 8 | FDS BANK/MACY'S<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA 319020137 | 2,596.02 | 340.84 |
| 9 | CORNERSTONE FINANCIAL<br>PO BOX 120729<br>NASHVILLE, TN 37212 | 12,702.44 | 1,667.76 |
| 10 | BANK OF AMERICA, N.A<br>PO BOX 26012<br>NC4-105-03-14<br>GREENSBORO, NC 27420 | 7,419.67 | 974.16 |
| 11 | CITIBANK (SOUTH DAKOTA)N.A.<br>CITIBANK/CHOICE,EXCEPT PAY<br>P.O. BOX 6305<br>THE LAKES, NV 889016305 | 9,860.54 | 1,294.63 |

| | | | | |
|---|---|---|---|---|
| 12 | CITIBANK (SOUTH DAKOTA)N.A. CITIBANK/CHOICE,EXCEPTION PAY P.O. BOX 6305 THE LAKES, NV 889016305 | 16,750.21 | | 2,199.21 |
| 14 | BANK OF AMERICA, N.A. ATTN:MR. M-BK P.O. BOX 53160 PHOENIX, AZ 850723160 | 5,509.94 | | 723.42 |
| 15 | BANK OF AMERICA, N.A. ATTN:MR. M-BK P.O. BOX 53160 PHOENIX, AZ 850723160 | 7,156.22 | | 939.57 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 13 | BANK OF AMERICA, N.A. PO BOX 26012 NC4-105-03-14 GREENSBORO, NC 27420 | $47,279.27 | Claim paid at closing |
| Unsecured | 17 | eCAST Settlement Corporation assignee of Chase Bank USA NA POB 35480 Newark, NJ 07193 | $24,197.16 | Tardily filed |

That the Trustee shall issue all distribution checks that bear the notation "VOID IF NOT CASHED WITHIN 90 DAYS". That subsequent to the 91st day after the checks are disbursed to the claimant the Trustee shall stop payment and void any check not negotiated and issue a replacement check (Payable to: Clerk, United States Bankruptcy Court) for the benefit of such claimant and forward said replacement check to the Clerk of the Court, together with the name, address and amount owed to the claimant.

DATED: May 27, 2011                    /s/ Roy Babitt

Roy Babitt, Trustee, Trustee